UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:

NARCO FREEDOM, INC.,                         Chapter 11
                                             Case No. 16-10123 (SMB)

                Debtor.

------------------------------------------------------------x

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rules of Bankruptcy Procedures 1007(a)(1) and 7007.1 and Local Bankruptcy Rule 1007-3, upon information and belief:

1.    Narco Freedom, Inc. does not directly or indirectly own 10% or more of any other corporation's publicly traded equity interests. Narco Freedom, Inc. does not own a direct interest in any general or limited partnerships or joint ventures.

2.    No entity, directly or indirectly, owns 10% or more of Narco Freedom, Inc.'s equity interests.

Dated: January 18, 2016
       Great Neck, New York

                                                Lori Lapin Jones, Temporary Receiver