| | |
|---|---|
| WINDELS MARX LANE & MITTENDORF, LLP<br>*Attorneys for Alan Nisselson, Chapter 7 Trustee*<br>156 West 56th Street<br>New York, New York 10019<br>Tel. (212) 237-1000 / Fax. (212) 262-1215<br>Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com) | Hearing Date:<br>November 2, 2017 at 10:00 a.m.<br>Objections Due:<br>October 26, 2017 at 5:00 p.m. |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>NARCO FREEDOM, INC.,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 16-10123-SMB |

**NOTICE OF HEARING ON TRUSTEE'S OBJECTIONS TO CLAIM 7 OF LAB CORP OF AMERICA HOLDINGS; CLAIM 45 OF RESTORED HOPE SERVICES; CLAIM 72 OF CARLOS RUBEN MELENDEZ; CLAIM 80 OF DE LAGE LANDEN FINANCIAL SERVICES; CLAIM 81 OF JAMES KING; CLAIM 90 OF WELLS FARGO VENDOR FINANCIAL SERVICES, LLC; CLAIM 91 OF GE EQUIPMENT SMALL TICKET, L.L.C. SERIES 2014-1; CLAIM 121 OF MICHAEL C. DEBERRY; CLAIM 176 OF GLORIA I. OLMO; AND CLAIM 186 OF VICTORIA WHELEN**

　　　　**PLEASE TAKE NOTICE** that:

　　　　1.　　On **November 2, 2017 at 10:00 a.m., prevailing Eastern time**, a hearing will be held (the "**Hearing**") before The Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in his Courtroom at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, to consider the Objections of Alan Nisselson (the "**Trustee**"), trustee for Narco Freedom, Inc. (the "**Debtor**"), by and through his attorneys Windels Marx Lane & Mittendorf, LLP, to Claim 7 of Lab Corp of America Holdings; Claim 45 of Restored Hope Services; Claim 72 of Carlos Ruben Melendez; Claim 80 of De Lage Landen Financial Services; Claim 81 of James King; Claim 90 of Wells Fargo Financial Services, LLC; Claim 91 of GE Equipment Small Ticket, L.L.C. Series 2014-1; Claim 121 of Michael C. DeBerry; Claim 176 of Gloria I. Olmo; and Claim 186 of Victoria Whelen.

　　　　2.　　A copy of the Objections is available for inspection: (a) at the Office of the Clerk of the Bankruptcy Court, One Bowling Green, New York, New York 10004, (b) on the Internet at www.nysb.uscourts.gov (the "**Court's Website**"), or (c) by requesting a copy from the

undersigned attorneys for the Trustee. A Pacer password is required to access documents on the Court's Website.

3.  Responses and objections, if any, to the Motion, must be in writing, conform to the Bankruptcy Rules and the Local Rules of the Bankruptcy Court, and be electronically filed in accordance with the General Order M-399 (General Order M-399 and the User's Manual for the Electronic Case Filing System can be found at the Court's Website), and shall be filed with the Court (with a courtesy copy delivered to the Chambers of Judge Stuart M. Bernstein) and **served so as actually received not later than October 26, 2017 at 5:00 p.m., prevailing Eastern time**, on: (i) Windels Marx Lane & Mittendorf LLP, 156 West 56th Street, New York, New York, 10019, Attn: Leslie S. Barr, Esq.; and (ii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, New York 10014, Attn. Brian Masumoto, Esq.

4.  Unless objections are filed and served as set forth above, the Court may grant the Objections and enter an Order approving the relief sought therein. If a written objection is timely filed, the objecting parties are required to attend the Hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default. The initial Hearing to consider the Objection to Claims may be considered in the nature of a pretrial conference, and not an evidentiary hearing requiring, among other things, the admission of evidence and the production of witnesses. The Hearing may be adjourned from time to time without any further notice except for an announcement at the Hearing.

Dated: New York, New York  
       September 18, 2017

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Alan Nisselson, Chapter 7 Trustee*

By: */s/ Leslie S. Barr*  
Leslie S. Barr (lbarr@windelsmarx.com)  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215

{11404165:1}　　　　　　　　　　　　　　　　2