Gloria I. Olmo
A/K/A Gloria I. Miranda
284 Graff Avenue
Bronx, NY 10465
646-864-9641

FILED
U.S. BANKRUPTCY COURT
2017 OCT 26 P 2: 17
S.D. OF N.Y.

Re: Case No. 16-10123-smb
Opposition to Trustee's
Objection to Claim 176

Honorable Stuart M. Bernstein,
United States Bankruptcy Judge:

    Gloria I. Olmo's filed claim 176 for unpaid vacation days, overtime, and severance pay for 17+ years, and filed after the bar date, should not be expunged.

    Trustee argues he cannot determine the validity of claim 176 without documentation. Enclosed please find a copy of a NYS Department of Labor Claim for Unpaid Wages, summarizing the accrued, sick, personal, and vacation days, amounting to $10,000.00. Earnings statements from 12/18/2006 (do not have starting work date year to 2005 available) through 11/4/2011. Also, W-2s from 2009, 2010, 2013, and 2015, (the starting work date W-2s through 2009, 2011, 2012, and 2014 are not available, either).

    Trustee argues, "Claim 176 was filed after the Bar Date."
I received documentation from the trustee indicating my former employer, Narco Freedom, was filing for Chapter 7. As a lay person to legal jargon and procedures, I was under the impression Narco Freedom employees would be paid any monies owed to them automatically. Narco Freedom closed its doors, and I lost contact with its former employees. It wasn't till after I was hired by Samaritan Village (the organization that took over Narco Freedom) that I learned from former Narco Freedom employees, since working for Samaritan Village, that I had to file a claim in order to get the monies owed to me. Although I was told by the USBCSD clerk the deadline to file passed, I still filed my claim with the Court.

    Therefore, for the ongoing facts and reason presented, I pray that the Court honor my plea and award claimant 176 the monies owed to me.

Respectfully submitted,

*Gloria Olmo* (signature)

cc: file

# Claim for Unpaid Wages

Answer all questions on both sides. Print clearly.
Send to: NYS Dept. of Labor,
Division of Labor Standards, Bldg. 12 Rm.185C
State Office Campus, Albany NY 12240

For Office Use Only
Identification Number
Refer to wage suppli I.D No. if any:
Taken By

Section 190.7 of the New York State Labor Law excludes from wage payment coverage those persons in an administrative, executive or professional capacity whose earnings exceed $900 gross per week

**Note:** It is necessary for you to have asked for the wages due before we can assist you.

| # | Field | Value |
|---|---|---|
| 1 | Your Full Name (☒ Mrs.) | Gloria I. Olmo |
| 3 | Social Security No. | 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 |
| 2 | Your Address | 384 Graff Ave, Bronx, New York 10465 |
| 4 | (Area Code) Telephone No. Day | 646 845-9066 |
| 5 | Claim against (Trade Name of Employer) | Narco Freedom Inc. |
| 6 | Corporation Name, if any | |
| 7 | Address of main office or headquarters of firm | 250 Grand Concourse Bronx, New York 10451 |
| 8 | (Area Code) Telephone No. | 718-764-4249 |
| 9 | Names and addresses of responsible persons of firm | Lori Lapin Jones — Controller |
| 10 | Kind of business firm engaged in | Substance Abuse Treatment Center |
| 11 | Is firm still in business? | ☒ Yes ☐ No until 9/2/15 |
| 12 | What was your work or occupation with this firm? | Intake Dept Medicaid Specialist |
| 13 | Address where you worked | 2778 3rd Ave Bx, NY 10455 |
| 14 | Date Hired | 10/15/2001 |
| 15 | Name and Position of person hiring you | Madeline Perez |
| 16 | Name of superintendent, manager or foreman | Malynda Jordan Chief Executive Officer |
| 17 | Latest agreed rate of pay (per hour per week, per day) | 35 hrs. |
| 18 | Last Day Worked | Expected last Day of work 9/21/15 |
| 19 | Status with Firm | ☒ I am still employed |
| 20 | Reason for quitting, discharge or layoff | Agency is closing. |
| 21 | Were you a member of any union when employed by this firm? | ☒ No |
| 22 | Have you asked your union for assistance? | ☒ No |

**Before answering questions 23 and 25, first fill out back of this form to help you figure wages due**

| # | Field | Value |
|---|---|---|
| 23 | Wages claimed for period (first date to last date) From — To — Inclusive | |
| 24 | Name and address of employer's bank | Capital One Bank 3780 E. Tremont Ave Bronx, New York 10465 |
| 25 | Total amount of wages due | |
| 26 | Did you request these wages? | ☒ Yes ☐ No |
| 27 | Date of Request | |
| 28 | To whom was the request made? | |
| 29 | Did employer refuse to pay for these wages? | ☐ Yes ☐ No |
| 30 | Were any payments due you paid by checks returned not honored? | No ☐ Yes ☐ |
| 31 | How were wages paid? ☐ Cash ☐ Check ☐ Other (Explain) | |
| 32 | What was your normal payday? | |
|    | What period did this cover? | |

Any false statements knowingly made are punishable as a class A misdemeanor (Section 210.45, the New York State penal law). I affirm that the above statements are true.

I authorize the Commissioner of Labor, deputies or agents to receive, endorse my name on, and deposit in the account of the Commissioner of Labor any checks or money orders made out to me as payment on this claim.

_____    _____
Signature of Claimant                       Date

(Continue Over)

LS 223 (11-13)

W

All employees: Wages claimed in #25 are to be computed as follows:

| 33. Payroll week ending date | 34. Number of hours worked this week | 35. Number of days worked this week | 36. Rate of pay (show whether by hour, day, week or month) | 37. Total gross wages* earned this week | 38. Gross wages paid to you this week | 39. Difference between gross wages earned & gross wages paid to you this week | 40. If wages were paid by check(s) not honored enter the check number(s) |
|---|---|---|---|---|---|---|---|
| | | | $   per | $ | $ | $ | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | 41. Total Amount Due | $ | | |

*Gross wage is the amount before taxes or other monies are deducted.

42. Include any additional information below:

OLMO, GLORIA

| | | 1.92 | SICK | | PERSONAL DAYS | | | 0.80 | VACATION DAYS | | 2.68 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Bi-Weekly SICK DAYS | | | Bi-Weekly PERSONAL DAYS | | | | Bi-Weekly VACATION DAYS | | |
| Pay Date | TIME ACCRUED | TIME PAID | ACCRUED BALANCE | TIME ACCRUED | TIME PAID | ACCRUED BALANCE | | TIME ACCRUED | TIME PAID | | ACCRUED BALANCE |
| 9/4/2015 | 10.29 | 0.00 | 10.29 | 6.45 | 0.00 | 6.45 | | 360.12 | 0.00 | | 360.12 |
| 9/18/2015 | 12.45 | 0.00 | 12.45 | 7.25 | 0.00 | 7.25 | | 365.50 | 0.00 | | 365.50 |

NARCO FREEDOM, INC. - ACCRUAL TIME SHEET
NAME OF EMPLOYEE: OLMO, GLORIA    FILE #99676
DEPARTMENT: CSAT    TRANSFER TO INTAKE DEPT. 07/09/2013 (DEPT.100000)
DATE OF HIRE: 10/13/2001    ACCRUING 2.16 SICK & 5.38 VAC.
STANDARD HRS: 70 HRS.    CHANGE VAC. TO 6.74 ON 10/13/2016 (15 YEARS)

*Laurie*
*Controller*

*Lori - A*

OLMO, GLORIA

OLMO, GLORIA

| | 1.92 | SICK | | | PERSONAL DAYS | | 0.80 | VACATION DAYS | | 2.68 |
|---|---|---|---|---|---|---|---|---|---|---|
| | Bi-Weekly SICK DAYS | | | Bi-Weekly PERSONAL DAYS | | | Bi-Weekly VACATION DAYS | | |
| Pay Date | TIME ACCRUED | TIME PAID | ACCRUED BALANCE | TIME ACCRUED | TIME PAID | ACCRUED BALANCE | TIME ACCRUED | TIME PAID | ACCRUED BALANCE |
| 5/1/2015 | 13.60 | 7.00 | 6.60 | 10.00 | 0.50 | 9.50 | 383.70 | 0.00 | 383.70 |
| 5/15/2015 | 8.76 | 0.00 | 8.76 | 10.30 | 0.00 | 10.30 | 389.08 | 0.00 | 389.08 |
| 5/29/2015 | 10.92 | 0.00 | 10.92 | 11.10 | 0.00 | 11.10 | 394.46 | 0.00 | 394.46 |
| 6/12/2015 | 13.08 | 0.00 | 13.08 | 11.90 | 0.00 | 11.90 | 399.84 | 0.00 | 399.84 |
| 6/26/2015 | 15.24 | 0.00 | 15.24 | 12.70 | 0.00 | 12.70 | 405.22 | 0.00 | 405.22 |

NARCO FREEDOM, INC. - ACCRUAL TIME SHEET
NAME OF EMPLOYEE: OLMO, GLORIA    FILE #99676
DEPARTMENT: CSAT   TRANSFER TO INTAKE DEPT. 07/09/2013 (DEPT.100000)
DATE OF HIRE: 10/13/2001    ACCRUING 2.16 SICK & 5.38 VAC.
STANDARD HRS: 70 HRS.    CHANGE VAC. TO 6.74 ON 10/13/2016 (15 YEARS)

OLMO, GLORIA

OLMO, GLORIA

| | 1.92 | SICK | | PERSONAL DAYS | | 0.80 | VACATION DAYS | | 2.68 |
|---|---|---|---|---|---|---|---|---|---|
| | Bi-Weekly SICK DAYS | | | Bi-Weekly PERSONAL DAYS | | | Bi-Weekly VACATION DAYS | | |
| Pay Date | TIME ACCRUED | TIME PAID | ACCRUED BALANCE | TIME ACCRUED | TIME PAID | ACCRUED BALANCE | TIME ACCRUED | TIME PAID | ACCRUED BALANCE |
| 9/4/2015 | 10.29 | 0.00 | 10.29 | 6.45 | 0.00 | 6.45 | 360.12 | 0.00 | 360.12 |
| 9/18/2015 | 12.45 | 0.00 | 12.45 | 7.25 | 0.00 | 7.25 | 365.50 | 0.00 | 365.50 |

NARCO FREEDOM, INC. - ACCRUAL TIME SHEET
NAME OF EMPLOYEE: OLMO, GLORIA    FILE #99676
DEPARTMENT: CSAT    TRANSFER TO INTAKE DEPT. 07/09/2013 (DEPT.100000)
DATE OF HIRE: 10/13/2001         ACCRUING 2.16 SICK & 5.38 VAC.
STANDARD HRS: 70 HRS.         CHANGE VAC. TO 6.74 ON 10/13/2016 (15 YEARS)

# Earnings Statement

**ADP**

NARCO FREEDOM, INC.
2780 THIRD AVENUE
BRONX, NY 10455

Period Ending: 12/18/2006
Pay Date: 12/22/2006

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 0
 State: 0
 Local: 0

GLORIA I. MIRANDA

Social Security Number: XXX-XX-9428

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.2626 | 56.00 | 798.71 | |
| Sick | 14.2626 | 14.00 | 199.68 | |
| Gross Pay | | | $998.39 | 25,303.78 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -120.33 | 3,015.73 |
| | Social Security Tax | -61.90 | 1,568.83 |
| | Medicare Tax | -14.47 | 366.90 |
| | NY State Income Tax | -35.12 | 868.65 |
| | New York Cit Income Tax | -22.56 | 558.81 |
| | NY SUI/SDI Tax | -1.20 | 31.20 |
| Net Pay | | $742.81 | |

Your federal taxable wages this period are $998.39

©2001 Automatic Data Processing, Inc.

▼ TEAR HERE

# Earnings Statement

**NARCO FREEDOM, INC.**
2780 THIRD AVENUE
BRONX, NY 10455

Period Ending: 07/16/2007
Pay Date: 07/20/2007

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 0
  State: 0
  Local: 0

GLORIA I. MIRANDA

Social Security Number: XXX-XX-9428

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.2626 | 7.00 | 99.84 | |
| Holiday | 14.2626 | 7.00 | 99.84 | |
| Vacation | 14.2626 | 56.00 | 798.71 | |
| **Gross Pay** | | | **$998.39** | 14,975.74 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -120.11 | 1,801.65 |
| | Social Security Tax | -61.90 | 928.50 |
| | Medicare Tax | -14.48 | 217.15 |
| | NY State Income Tax | -35.12 | 526.80 |
| | New York Cit Income Tax | -22.56 | 338.40 |
| | NY SUI/SDI Tax | -1.20 | 18.00 |
| **Net Pay** | | | **$743.02** |

Your federal taxable wages this period are $998.39

©1998, 2006 ADP, Inc. All Rights Reserved.

▼ TEAR HERE

CO FILE DEPT. CLOCK NUMBER 020
07G 3 099676 AAAAA 0000129093

# Earnings Statement

**NARCO FREEDOM, INC.**
**2780 THIRD AVENUE**
**BRONX, NY 10455**

Period Ending: 06/28/2010
Pay Date: 07/02/2010

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  NY: 2
  New York Cit: 2

GLORIA I. OLMO

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9313 | 70.00 | 1,465.19 | |
| Gross Pay | | | $1,465.19 | 19,555.14 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.26 | 2,076.42 |
| | Social Security Tax | -88.61 | 1,207.96 |
| | Medicare Tax | -20.73 | 282.51 |
| | NY State Income Tax | -57.67 | 870.84 |
| | New York Cit Income Tax | -35.29 | 527.72 |
| | NY SUI/SDI Tax | -1.20 | 15.60 |
| | **Other** | | |
| | Medical | -35.97* | 71.94 |
| | **Net Pay** | **$1,153.46** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,429.22

© 1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2010 ADP, Inc.

# Earnings Statement

**ADP**

*NARCO FREEDOM, INC.*
*2780 THIRD AVENUE*
*BRONX, NY 10455*

Period Beginning: 07/12/2011
Period Ending: 07/25/2011
Pay Date: 07/29/2011

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  NY: 2
  New York Cit: 2

**GLORIA I. OLMO**

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9313 | 28.00 | 586.08 | |
| Training | 20.9313 | 7.00 | 146.52 | |
| Vacation | 20.9313 | 35.00 | 732.60 | |
| **Gross Pay** | | | **$1,465.20** | 21,977.87 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -93.42 | 1,401.30 |
| Social Security Tax | | -60.03 | 900.41 |
| Medicare Tax | | -20.73 | 310.86 |
| NY State Income Tax | | -57.67 | 865.05 |
| New York Cit Income Tax | | -35.29 | 529.35 |
| NY SUI/SDI Tax | | -1.20 | 18.00 |
| **Other** | | | |
| Medical | | -35.97* | 539.55 |
| **Net Pay** | | **$1,160.89** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,429.23

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

# Earnings Statement

**NARCO FREEDOM, INC.**
**2780 THIRD AVENUE**
**BRONX, NY 10455**

Period Beginning: 09/06/2011
Period Ending: 09/19/2011
Pay Date: 09/23/2011

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 NY: 2
 New York Cit: 2

GLORIA I. OLMO

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9313 | 68.00 | 1,423.33 | |
| Personal | 20.9313 | 2.00 | 41.86 | |
| **Gross Pay** | | | **$1,465.19** | 27,838.63 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -93.42 | 1,774.98 |
| Social Security Tax | | -60.03 | 1,140.52 |
| Medicare Tax | | -20.72 | 393.75 |
| NY State Income Tax | | -57.67 | 1,095.73 |
| New York Cit Income Tax | | -35.29 | 670.51 |
| NY SUI/SDI Tax | | -1.20 | 22.80 |
| **Other** | | | |
| Garnishment 1 | | -179.53 | |
| Medical | | -35.97* | 683.43 |
| **Net Pay** | | **$981.36** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,429.22

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc.

# Earnings Statement

**ADP**

NARCO FREEDOM, INC.
2780 THIRD AVENUE
BRONX, NY 10455

Period Beginning: 09/20/2011
Period Ending: 10/03/2011
Pay Date: 10/07/2011

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 2
    NY: 2
    New York Cit: 2

GLORIA I. OLMO

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9313 | 69.00 | 1,444.26 | |
| Personal | 20.9313 | 1.00 | 20.93 | |
| **Gross Pay** | | | **$1,465.19** | 29,303.82 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -93.42 | 1,868.40 |
| Social Security Tax | | -60.03 | 1,200.55 |
| Medicare Tax | | -20.72 | 414.47 |
| NY State Income Tax | | -57.67 | 1,153.40 |
| New York Cit Income Tax | | -35.29 | 705.80 |
| NY SUI/SDI Tax | | -1.20 | 24.00 |
| **Other** | | | |
| Garnishment 1 | | -179.53 | |
| Medical | | -35.97* | 719.40 |
| **Net Pay** | | **$981.36** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,429.22

# Earnings Statement

**ADP**

NARCO FREEDOM, INC.
2780 THIRD AVENUE
BRONX, NY 10455

Period Beginning: 10/18/2011
Period Ending: 10/31/2011
Pay Date: 11/04/2011

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  NY: 2
  New York Cit: 2

GLORIA I. OLMO

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 20.9313 | 63.00 | 1,318.67 | |
| Vacation | 20.9313 | 7.00 | 146.52 | |
| **Gross Pay** | | | **$1,465.19** | 32,234.20 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -93.42 | 2,055.24 |
| | Social Security Tax | -60.03 | 1,320.60 |
| | Medicare Tax | -20.72 | 455.92 |
| | NY State Income Tax | -57.67 | 1,268.74 |
| | New York Cit Income Tax | -35.29 | 776.38 |
| | NY SUI/SDI Tax | -1.20 | 26.40 |
| | **Other** | | |
| | Garnishment 1 | -179.53 | |
| | Medical | -35.97* | 791.34 |
| | **Net Pay** | **$981.36** | |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,429.22

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE