WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Alan Nisselson, Chapter 7 Trustee*  
156 West 56th Street  
New York, New York 10019  
Tel. (212) 237-1000 / Fax. (212) 262-1215  
Attorney Appearing: Leslie S. Barr (lbarr@windelsmarx.com)

Hearing Date: December 21, 2017 at 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>NARCO FREEDOM, INC.,<br><br>                    Debtor. | Chapter 7<br><br>Case No. 16-10123-SMB |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S OBJECTIONS TO CLAIM 7 OF LAB CORP OF AMERICA HOLDINGS; CLAIM 80 OF DE LAGE LANDEN FINANCIAL SERVICES; CLAIM 90 OF WELLS FARGO VENDOR FINANCIAL SERVICES, LLC; CLAIM 91 OF GE EQUIPMENT SMALL TICKET, L.L.C. SERIES 2014-1; AND CLAIM 176 OF GLORIA I. OLMO**

**PLEASE TAKE NOTICE** that the hearing to consider the Objections of Alan Nisselson, Trustee for Narco Freedom, Inc., to Claim 7 of Lab Corp of America Holdings, Claim 80 of De Lage Landen Financial Services, Claim 90 of Wells Fargo Vendor Financial Services, LLC, Claim 91 of GE Equipment Small Ticket, L.L.C. Series 2014-1, and Claim 176 of Gloria I. Olmo (ECF Doc. No. 212), held on November 2, 2017 at 10:00 a.m., prevailing Eastern time, is adjourned by Order of the Court to **December 21, 2017 at 10:00 a.m., prevailing Eastern time** (the "**Hearing**"). The Hearing will be held before The Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in his Courtroom at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that unless responsive papers are filed and served so as to be received by the Court (with a courtesy copy delivered to the Chambers of Bankruptcy Judge Stuart M. Bernstein), undersigned counsel to the Trustee, and the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New

York, New York 10014, Attn. Brian Masumoto, Esq., **for actual receipt not later than December 14, 2017 at 5:00 p.m., prevailing Eastern time**, the Court may grant the Objections and enter an Order approving the relief sought therein.  Parties who timely file and serve a written response are required to attend the Hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.  The Hearing to consider the Objection to Claims and responsive papers may be considered in the nature of a pretrial conference, and not an evidentiary hearing requiring, among other things, the admission of evidence and the production of witnesses.  The Hearing may be adjourned from time to time without any further notice except for an announcement at the Hearing.

Dated: New York, New York  
       November 9, 2017  

WINDELS MARX LANE & MITTENDORF, LLP  
*Attorneys for Alan Nisselson, Chapter 7 Trustee*

By:   */s/ Leslie S. Barr*  
      Leslie S. Barr (lbarr@windelsmarx.com)  
      156 West 56th Street  
      New York, New York 10019  
      Tel. (212) 237-1000 / Fax. (212) 262-1215

To:   Brian Masumoto, Esq., Office of the United States Trustee, by email  
      Lab Corp of America Holdings  
      De Lage Landen Financial Services  
      Wells Fargo Vendor Financial Services, LLC  
      GE Equipment Small Ticket, L.L.C. Series 2014-1  
      Gloria I. Olmo